**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMERISURE MUTUAL INSURANCE COMPANY,**

                **Plaintiff,**

**-vs-**                                                                      **Case No. 6:06-cv-606-Orl-31UAM**

**KEENAN, HOPKINS, SCHMIDT & STOWELL CONSTRUCTORS; ESSEX BUILDERS GROUP, INC.; NORTHWESTERN MUTUAL LIFE INSURANCE COMPAN, CONTINENTAL CASUALTY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, TRAVELERS INDEMNITY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY,**

                **Defendants.**
_____

**KEENAN, HOPKINS, SCHMIDT & STOWELL CONSTRUCTORS,**

                **Third Party Plaintiff,**

**vs.**

**AMERISURE MUTUAL INSURANCE COMPANY, MARKEL AMERICAN INSURANCE COMPANY, INC. and/or INVESTORS UNDERWRITING MANAGERS, INC.,, ST. PAUL REINSURANCE COMPANY LIMITED (Countersigned by US RISK UNDERWRITERS, INC., ), TIG INSURANCE COMPANY, CNA INSURANCE COMPANIES and/or CONTINENTAL CASUALTY COMPANY, TRAVELERS PROPERTY CASUALTY**

**COMPANY OF AMERICA and
TRAVELERS INDEMNITY COMPANY,**

        **Third Party Defendants.**

_____

## ORDER

The Court has reviewed this file *sua sponte*. This seemingly simple dispute was initiated in May 2006. By its Complaint, Amerisure seeks a declaratory judgment concerning its obligation to defend under an insurance policy issued by it to Keenan, Hopkins, Schmidt & Stowell Constructors. Now, more than a year later, the court has granted twelve motions for time extensions, issued three orders to show cause, stricken various documents improperly filed and granted two motions to abate. The Order (Doc. 107) granting the last motion to abate (Doc. 106) specifically stated that no further extensions would be granted beyond the June 4, 2007 deadline. That deadline having passed, and the parties having failed to notify the court as to the status of the case, it is

      **ORDERED** that the Scheduling Order filed today at Doc. 109 is imposed. No extensions to this schedule will be granted absent **compelling** circumstances.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on June 12, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE